

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2021

No. 04-21-00025-CV

**IN THE INTEREST OF R.W., III AND Z.E.W., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01957
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Appellant's notice of appeal was timely filed January 26, 2021. Accordingly, the reporter's record was due ten days later on February 5, 2021. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record was not filed. This court notified Angelita Rangel Jimenez by letter that she is the court reporter responsible for timely filing the record, and the record had not been filed. Our notice required Jimenez to file the record by February 22, 2021. On that date, Jimenez filed a notification of late record requesting a further extension of time.

We **grant** the motion in part and order Jimenez to file the reporter's record by **March 4, 2021**. *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days). Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." Tex. R. App. P. 28.4(b)(1). We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* Tex. R. App. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2021.



Michael A. Cruz,
Clerk of Court